No. 111, Orig. DELAWARE *v.* NEW YORK. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies, if any, may be filed within 30 days. [For earlier order herein, see, *e. g., ante*, p. 904.]

No. 90–1488. SUTER ET AL. *v.* ARTIST M. ET AL. C. A. 7th Cir. [Certiorari granted, 500 U. S. 915.] Motion of respondents for leave to file a supplemental brief after argument granted. Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 90–1604. MORALES, ATTORNEY GENERAL OF TEXAS *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 976.] Motion of Public Citizen et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument denied.

No. 90–1676. GADE, DIRECTOR, ILLINOIS ENVIRONMENTAL PROTECTION AGENCY *v.* NATIONAL SOLID WASTES MANAGEMENT ASSN. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1012.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–542. WRIGHT, WARDEN, ET AL. *v.* WEST. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1012.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–1745. UNITED STATES *v.* WILSON. C. A. 6th Cir. [Certiorari granted, *ante*, p. 807.] Motion of the Solicitor General for leave to file a supplemental brief after argument granted.

No. 90–1912. NORDLINGER *v.* HAHN, IN HIS CAPACITY AS TAX ASSESSOR FOR LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. [Certiorari granted, *ante*, p. 807.] Motions of United States Justice Foundation et al. and People's Advocate, Inc., et al. for leave to file briefs as *amici curiae* granted.